# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/9/06  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 04-00399DAE |
| CASE NAME: | U.S.A. Vs. (03) Glenn Fernandez, (04) Antonio Panlasigui, Jr., (06) Dawn R. Galarita and (07) Tiare M. Smith |
| ATTYS FOR PLA: | Thomas Muehleck |
| ATTYS FOR DEFT: | (03) Rustam Barbee (04) Birney Bervar standing in for William Harrison, (06) Clayton K. Kimoto and (07) Birney Bervar |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | C7-FTR |
| DATE: | 1/9/06 | TIME: | 10:50am-11:00am |

COURT ACTION:  EP: Final PreTrial Conference-All Defendants' presence are Waived.

**CRIMINAL FINAL PRETRIAL CONFERENCE**

Jury Trial before Judge David Alan Ezra on January 24, 2006 at 9:00.a.m..

Representations by counsel on trial time:
The United States: 1 week(s)

Defendant: (03) Glenn Fernandez - 1 day(s)
Defendant: (04) Antonio Panlasigui, Jr. - 2 day(s)
Defendant: (06) Dawn R. Galarita - 1 day(s)
Defendant: (07) Tiare M. Smith - 1 day(s)

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendants:

1. <u>Fed. R. Evid. 404(b)</u> :None
2. a. Motions in Limine filed and served by :None
   b. Memoranda in opposition to motions in limine filed and served by:None
3. <u>Brady and Giglio Material</u> by: Friday before Trial
4. a. Jury Instructions exchanged by January 19, 2006

      d.      Filings required by 4(b) & (c) by: January 20, 2006.
5.    Witness Lists per stipulation by January 19, 2006.
6.    <u>Exhibits</u>
      a.      Parties will exchange exhibits.
      b.      Original exhibits tabbed and in folders/binders, copy in folders/binders.
7.    <u>Stipulations</u>: In writing and filed by January 19, 2006.
8.    <u>Voir Dire Questions</u>: In writing by January 19, 2006.
9.    <u>Trial Briefs</u>:None will be filed
10.    <u>Jencks Disclosures</u>-Morning of Witness who will be testifying
11.    <u>Other Matters</u>:
12.    N/A


Submitted by Leslie L. Sai, Courtroom Manager

CR NO. 04-00399DAE;
U.S.A. Vs. (03) Glenn Fernandez, (04) Antonio Panlasigui, Jr., (06) Dawn R. Galarita and (07) Tiare M. Smith;
Final Pretrial Conference Minutes
1/9/06