AO 83 (Rev. 12/85) Summons in a Criminal Case                                      CR 04-00399 DAE - 07

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 20 2006

at 10 o'clock and 16 min. a/pm M
SUE BEITIA, CLERK

## RETURN OF SERVICE

Service as made by me on:[1]                    Date    1-19-04

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _USMS Cellblock_

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left:_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on  1-19-04                            Mark M. Hanohano
             Date                               Name of United States Marshal

                                                _____
                                                (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure

SCANNED

AO 83 (Rev. 12/85) Summons in a Criminal Case      ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: CR 04-00399 DAE - 07 |

TIARE M. SMITH
(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | AS DESIGNATED |
| | **Date and Time** |
| Before: Leslie E. Kobayashi, United States Magistrate Judge | JANUARY 19, 2006 AT 2:30 PM |

To Answer a(n) Superceding Indictment

Charging you with a violation of Title 21 United States Code, Section(s) 841(a)(1), 843 (b).

Brief description of offense:
Count 1: Conspiracy to distribute and to possess methamphetamine, a Schedule II controlled substance

Counts 2,3: Use a communications facility in causing or facilitating the commission of a conspiracy to possess with intent to distribute and to distribute methamphetamine, a Schedule II controlled substance

RECEIVED 2006 JAN 17 AM 8:40 U.S. MARSHALS SERVICE HONOLULU, HI

Sue Beitia
Name and Title of Issuing Officer

Signature of Issuing Officer/Deputy Clerk

JANUARY 13, 2006
Date