# MINUTES

FILED IN THE  
UNITED STATES DISTRICT COURT  
DISTRICT OF HAWAII

2/6/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR04-00399DAE |
| CASE NAME: | USA v. (03) Glenn P. Fernandez |
| | (04) Antonio Panlasigui, Jr., aka "Tony" |
| | (06) Dawn R. Galarita |
| | (07) Tiare M. Smith |
| ATTYS FOR PLA: | Beverly Sameshima for Thomas Muehleck |
| ATTYS FOR DEFT: | (03) Rustam Barbee |
| | (04) no appearance |
| | (06) no appearance |
| | (07) Birney Bervar |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 2/6/2006 | TIME: | 10:05-10:08:50am |

COURT ACTION: EP: Final Pretrial Conference. Presence waived as to defendants 03 and 07. No appearance made by counsel William Harrison and Clayton Kimoto.

Mr. Barbee advised the court that defendant 03 will be entering into a Change of Plea.

Final Pretrial Conference continued to 2/7/06 at 3:00pm before Judge Chang. Mr. Barbee need not appear at this Final Pretrial Conference.

cc: William Harrison
    Clayton Kimoto

Submitted by: Shari Afuso, Courtroom Manager