# MINUTES

FILED IN THE<br>
UNITED STATES DISTRICT COURT<br>
DISTRICT OF HAWAII<br><br>
2/7/2006  4:30 pm<br><br>
SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR04-00399DAE |
| CASE NAME: | USA v. (04) Antonio Panlasigui, Jr., aka "Tony"<br>(06) Dawn R. Galarita<br>(07) Tiare M. Smith |
| ATTYS FOR PLA: | Beverly Sameshima for Thomas Muehleck |
| ATTYS FOR DEFT: | (04) William Harrison<br>(06) Clayton Kimoto<br>(07) Birney Bervar |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 2/7/2006 | TIME: | 3:22-3:28:12pm |

COURT ACTION:  EP: Final Pretrial Conference - presence waived as to defendant 04, 06 and 07.

**CRIMINAL FINAL PRETRIAL CONFERENCE**

Jury Trial before Judge David Alan Ezra on March 7, 2006 at 9:00.a.m.

<u>Representations by counsel on trial time:</u>
The United States: 6 days

Defendant: 4 - 1 day
Defendant: 6 - 1 to 2 days
Defendant: 7 - 1 day

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendants:

1. <u>Fed. R. Evid. 404(b)</u> : None.
2. a. Motions in Limine filed and served by :February 15, 2006.
   b. Memoranda in opposition to motions in limine filed and served by: February 20, 2006.

3. <u>Brady and Giglio Material</u> by: Friday before trial
4.    a.    Jury Instructions exchanged by February 15, 2006.
       d.    Filings required by 4(b) & (c) by: February 22, 2006.
5. Witness Lists per stipulation by: 1 week before trial
6. <u>Exhibits</u>
       a.    Parties will exchange exhibits.
       b.    Original exhibits tabbed and in folders/binders, copy in folders/binders.
7. <u>Stipulations</u>: In writing and filed by February 22, 2006.
8. <u>Voir Dire Questions</u>: In writing by February 22, 2006.
9. <u>Trial Briefs</u>: None will be filed
10. <u>Jencks Disclosures</u>. The government does not agree to turn over Jencks material before trial.
11. <u>Other Matters</u>: None.
12. N/A

Submitted by: Shari Afuso, Courtroom Manager

CR04-00399DAE
USA v. Antonio Panlasigui, et al.
Final Pretrial Conference Minutes
2/7/2006