ORIGINAL

EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: 541-2850
Facsimile: 541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 2 2006

at 3 o'clock and 05 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>ANTONIO PANLASIGUI, JR.,  (04),<br>DAWN R. GALARITA,  (06),<br>TIARE M. SMITH,  (07),<br><br>        Defendants. | CR. NO. 04-00399 DAE<br><br>UNITED STATES' EX PARTE APPLICATION UNDER LOCAL RULE 7.2 TO SHORTEN TIME TO SET HEARING ON UNITED STATES' MOTION TO CONTINUE MARCH 7, 2006 TRIAL DATE |

UNITED STATES' EX PARTE APPLICATION UNDER LOCAL RULE
7.2 TO SHORTEN TIME TO SET HEARING ON UNITED STATES'
MOTION TO CONTINUE MARCH 7, 2006 TRIAL DATE

      Under Local Rule 7.2 of the United States District Court for the District of Hawaii the United States of America through the United States Attorney's Office moves this Court, ex parte, to shorten time to set a hearing on the United States motion to continue the March 7, 2006 trial date under the normal

1

schedule, the hearing on United States' motion would not be calendared until after the March 7, 2006 trial date.

    WHEREFORE, the United States respectfully asks the Court to grant the United States' application and set a hearing date as soon as convenient considering the Court's motion calendar.

    DATED: February 22, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ T. Muehleck
THOMAS MUEHLECK
Assistant U.S. Attorney