IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                      )<br>            Plaintiff,                       )<br>                                                      )<br>    vs.                                            )<br>                                                      )<br>ANTONIO PANLASIGUI, JR., (04), )<br>DAWN R. GALARITA,         (06), )<br>TIARE M. SMITH,                  (07), )<br>                                                      )<br>            Defendants.                  )<br>_____ ) | CR. NO. 04-00399 DAE |

ORDER GRANTING UNITED STATES' EX PARTE APPLICATION TO
SHORTEN TIME TO SET HEARING ON UNITED STATES'
<u>MOTION TO CONTINUE MARCH 7, 2006 TRIAL DATE</u>

        Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing.  After reviewing the Government's ex parte application, the Court GRANTS the Government's Ex Parte Application to Shorten Time to Set Hearing on United States' Motion to Continue March 7, 2006 Trial Date ("Application").

IT IS HEREBY ORDERED that the Application is GRANTED. As such, the Government shall be heard, on its Motion to Continue March 7, 2006 Trial Date, on Friday, February 24, 2006 at 10:30 a.m.

DATED: Honolulu, Hawaii, February 23, 2006.



_____
David Alan Ezra
United States District Judge

United States of America vs. Antonio Panlasigui, et al., CR No. 04-00399 DAE; ORDER GRANTING UNITED STATES' EX PARTE APPLICATION TO SHORTEN TIME TO SET HEARING ON UNITED STATES' MOTION TO CONTINUE MARCH 7, 2006 TRIAL DATE