ORIGINAL

BERVAR & JONES
Attorneys at Law
A Law Partnership

BIRNEY B. BERVAR  5482
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991
E-mail: bbb@bervar-jones.com

Attorney for Defendant
TIARA M. SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA, | ) CR. NO. 04-00399-07 DAE & |
| --- | --- |
| Plaintiff, | ) CR. NO. 06-00093 DAE |
| vs. | ) **DEFENDANT TIARA M. SMITH'S SENTENCING STATEMENT; CERTIFICATE OF SERVICE** |
| TIARA M. SMITH, (07), | ) |
| Defendant. | ) Date: September 11, 2006<br>) Time: 1:30 p.m.<br>) Judge: David A. Ezra |

## DEFENDANT TIARA M. SMITH'S SENTENCING STATEMENT

Tiara M. Smith, through counsel, Birney B. Bervar, has no objections,

corrections or additions to the draft pre-sentence report.

    DATED: Honolulu, Hawaii, August   3  , 2006.

                                                BIRNEY B. BERVAR
                                                Attorney for Defendant
                                                TIARA M. SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIARA M. SMITH, (07),<br><br>Defendant. | CR. NO. 04-00399-07 DAE &<br>CR NO. 06-00093 DAE<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was duly served upon the following party on this date, by facsimile, hand delivery or depositing said copy, postage prepaid, first class, in the United States Post Office, at Honolulu, Hawaii, as indicated and addressed as set forth below:

>United States Attorney
>300 Ala Moana Blvd., Suite 6100
>Honolulu, Hawaii 96850
>>Attorney for Plaintiff
>>United States of America

Rosanne Donohoe
United States Probation Office
300 Ala Moana Blvd.
Honolulu, HI 96850

DATED: Honolulu, Hawaii, August 3, 2006

_____
BIRNEY BERVAR
Attorney for Defendant
TIARA M. SMITH

2