EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA  1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Miek.Kawahara@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00399-07 DAE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| TIARE M. SMITH,    (07), | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

      Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Superseding Indictment against this defendant only, in accordance

with that Memorandum of Plea Agreement filed herein and in USDC - Hawaii, Criminal Number 06-00093 DAE.

        DATED: October 6, 2006, at Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                              By /s/ Michael K. Kawahara
                                 MICHAEL K. KAWAHARA
                                 Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.
        IT IS SO ORDERED:

        DATED: Honolulu, Hawaii, October 13, 2006.



                              _____
                              David Alan Ezra
                              United States District Judge




United States v. Tiare M. Smith
Cr. No. 04-00399-07 DAE
Order for Dismissal


copies:    United States Marshal
           Federal Bureau of Investigation
           Attorney for Defendant