AO 442 (Rev. 5/93) Warrant for Arrest

SEALED
BY ORDER OF THE COURT

# United States District Court

**DISTRICT OF** HAWAII

UNITED STATES OF AMERICA

v.

TIARE M. SMITH

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 6 2007

at 10 o'clock and 00 min A M
SUE BEITIA, CLERK

**WARRANT FOR ARREST**

CR 04-399 DAE-07

CASE NUMBER: MAG-04-644

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    TIARE M. SMITH
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiring to distribute and to possess with intent to distribute 50 grams or more of methamphetamine. In violation of



in violation of
Title    21    United States Code, Section(s)  846

LESLIE E. KOBAYASHI
Name of Issuing Officer

Leslie E. Kobayashi
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

9/28/04  Honolulu, HI
Date and Location

Bail fixed at $  to be determined   by   duty judge
                                         Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST SEP 3 0 2004 | Special Agent Rachel A Byrd | Rachel A Byrd |

This form was electronically produced by Elite Federal Forms, Inc.